**FOUR RIVERS MORTGAGE COMPANY, a corporation,**

v.

**Sylvia CLAPP and Charles Cannon d/b/a Cannon Agency.**

Court of Appeals of Kentucky.

May 4, 1973.

James B. Brien, Jr., Neely, Reed & Brien, Mayfield, for appellant.

Hal Warren, Warren & Warren, Fulton, Seth T. Boaz, Jr., Boaz & Boaz, Mayfield, for appellees.

Memorandum Opinion of the Court by Chief Justice PALMORE, Affirming.*

---

**Martha CHICK, as Administratrix of the Estate of C. D. Chick, Deceased and Individually, Appellant,**

v.

**Mary Alice COOK and her husband, Robert B. Cook, et al., Appellees.**

Court of Appeals of Kentucky.

May 4, 1973.

W. S. Greenwell, Marion, for appellant.

Charles M. Chaney, Hubbard, Weisenburger & Chaney, Carrol Hubbard, Jr., Mayfield, Joe B. Orr, Bell, Orr, Ayers & Moore, Bowling Green, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

---

**J. B. DEARING and Winnie Dearing, Appellants,**

v.

**Ralph E. COTTRELL and Olive Pearl Cottrell, Appellees.**

Court of Appeals of Kentucky.

May 4, 1973.

James T. Whitlow, Hodgenville, for appellants.

Davis Williams, Harry Wilson, Munfordville, for appellees.

Opinion of the Court by Special Commissioner RAYMOND C. STEPHENSON, Reversing.*

---

**The CHESAPEAKE AND OHIO RAILWAY COMPANY, Appellant,**

v.

**Lawrence BRANHAM and Geraldine Branham, Appellees.**

Court of Appeals of Kentucky.

May 4, 1973.

Donald Combs, Stephens, Combs & Page, Pikeville, John M. Williams, Gray, Woods & Cooper, Ashland, for appellant.

John Paul Runyon, Harry R. Stamper, Kelsey E. Friend, Friend & Mullins, Pikeville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

---

* Opinion ordered not to be published.